UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MACK,<br><br>            Plaintiff,<br><br>    v.<br><br>DIRECTOR OF CORRECTIONS, et al.,<br><br>            Defendants. | Case No.  26-cv-01194-VC<br><br>**ORDER OF DISMISSAL** |

Anthony Mack filed a civil rights and civil RICO complaint against various defendants. The same day, the Clerk sent Mack two notices: (1) his complaint on the court's form was due within 28 days of the filing date of the Clerk's notice; and (2) his completed *in forma pauperis* application or $405.00 filing fee was due within 28 days of the filing date of the Clerk's notice. Both notices included blank copies of the required forms and warned Mack if he did not submit the completed documents within the 28-day time frame, his case would be dismissed.

More than 28 days have passed, and Mack has not filed the two documents or paid the filing fee. Therefore, this case is dismissed without prejudice. The Clerk shall enter a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated: March 26, 2026

_____
VINCE CHHABRIA
United States District Judge